IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00451-WYD-CBS

MARY J. TURTON,

     Plaintiff,

v.

GALE NORTON, SECRETARY,
U.S. DEPARTMENT OF THE INTERIOR,

     Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

     IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to Amend Complaint As a Matter of Course (*doc. no. 7*) is **GRANTED**.  As of the date of this order, the Clerk's office is instructed to accept for filing the amended complaint (*doc no. 7-2*), tendered to the court on April 25, 2006.

**DATED:**     May 1, 2006