IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00451-WYD-CBS

MARY J. TURTON,

    Plaintiff,

v.

DIRK KEMPTHORNE, Secretary, United States Department of the Interior,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Motion to Strike Defendant's Reply to Plaintiff's Memorandum Brief in Opposition to Motion for Summary Judgment [Docket # 39] is **DENIED**. Defendant's original reply brief was stricken with leave to refile in compliance with Section III.B.6 of this Court's Practice Standards. No time frame was set forth in the Court's Minute Order for the refiling of the reply. I find that the refiled reply was filed within a reasonable time of the Minute Order and should not be stricken.

    Dated: May 11, 2007