IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00451-WYD-CBS

MARY J. TURTON,

      Plaintiff,

v.

DIRK KEMPTHORNE, Secretary, United States Department of the Interior,

      Defendant.

---

### ORDER OF DISMISSAL

---

THIS MATTER is before the Court on the parties' Stipulation for Dismissal (filed November 16, 2007).  The Stipulation seeks a dismissal of the case with prejudice pursuant to a compromise settlement that resolves all disputes between the parties. After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed.  Accordingly, it is

ORDERED that the Stipulation for Dismissal is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear his or her own attorney's fees and costs.  It is

FURTHER ORDERED that the five day jury trial set to commence Monday, January 7, 2008, at 9:00 a.m. and the Final Trial Preparation Conference set for Friday, December 21, 2007, at 9:00 a.m. are **VACATED**.

Dated:  November 19, 2007

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge